IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL S. MITCHELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the agreement of the parties and the Probation Officer,

IT IS ORDERED THAT:

(1) This matter is continued until further order of the court.

(2) No later than June 15, 2017, counsel and the Probation Officer shall advise me whether this matter should proceed or be dismissed.

(3) Counsel and the Probation Officer shall immediately advise me should Mr. Mitchell violate his conditions of supervised release as modified, before June 15, 2017.

(4) Pursuant to the agreement of the defendant and his counsel, the defendant's conditions of supervised release are herewith amended as follows:

*The defendant shall complete 50 hours of community service as approved and directed by the Probation Officer. The defendant shall be responsible for providing the Probation Officer with written proof of the number of hours completed.

*The defendant shall attend, successfully complete, and pay for any mental health diagnostic evaluations and treatment or counseling programs as directed by the Probation Officer.

DATED this 15th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge