IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3104 |
| v. | ) | |
| MICHAEL S. MITCHELL, | ) | ORDER |
| Defendant. | ) | |

Upon the request of the probation officer and without objection by the plaintiff,

IT IS ORDERED that the petition for offender under supervision (filing no. 67) is dismissed without prejudice.

DATED this 6th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge